IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:
    ELANTIC TELECOM, Inc.,   )
                     )
       Reorganized Debtor. )
                     )
NORTHERN VIRGINIA REGIONAL   )
PARK AUTHORITY,          )
                     )
       Plaintiff,     )
                     )
    v.               )
                     )   1:06cv1049
VIRGINIA ELECTRIC AND POWER  )
COMPANY d/b/a DOMINION     )
VIRGINIA POWER,         )
                     )
and               )
                     )
ELANTIC TELECOM, INC.,     )
                     )
and               )
                     )   Case No: 04-36897-DOT
ELANTIC NETWORKS, INC.,    )   CHAPTER 11
                     )
       Defendants.    )

O R D E R

     For the reasons stated in the accompanying Memorandum

Opinion, plaintiff Northern Virginia Regional Park Authority's

Motion to Remand (Docket # 6) is GRANTED, defendant Elantic

Telecom, Inc.'s Motion to Transfer (Docket # 18) is DENIED, and

it is hereby

     ORDERED that this civil action be and is remanded to the

Circuit Court of Fairfax County.

     The Clerk is directed to forward copies of this Order to

counsel of record and the Circuit Court of Fairfax County.

Entered this 22nd day of November, 2006.

_____/s/_____

Leonie M. Brinkema

United States District Judge

Alexandria, Virginia

2